**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Reginald Montgomery, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2014-001288

---

**ON WRIT OF CERTIORARI**

---

Appeal From Orangeburg County
J.C. Nicholson, Trial Court Judge
Diane Schafer Goodstein, Post-Conviction Relief Judge

---

Memorandum Opinion No. 2016-MO-004
Submitted March 15, 2016 – Filed March 23, 2016

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender Kathrine Haggard Hudgins, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson and Assistant Attorney General James Clayton Mitchell, III, both of Columbia, for Respondent.

———————————

**PER CURIAM:** We granted Reginald Montgomery's petition for a writ of certiorari to review the dismissal of his application for post-conviction relief. We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**PLEICONES, C.J., BEATTY, KITTREDGE, HEARN and FEW, JJ., concur.**